## RECONSIDERATION OF PRIOR DECISIONS

**2008–1248. Meijer Stores Ltd. Partnership v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2005–T–441 and 2005–T–443. On motions for reconsideration and for sanctions for frivolous action. Motions denied.

**2009–0099. State v. Jackson.**
Ashtabula App. No. 2007–A–0079, 2008-Ohio-6976. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*October 15, 2009*

[Cite as *10/15/2009 Case Announcements,* 2009-Ohio-5467.]

## MOTION AND PROCEDURAL RULINGS

**2008–2487. State v. Lupardus.**
Washington App. No. 08CA31, 2008-Ohio-5960. This cause is pending before the court as an appeal from the Court of Appeals for Washington County. Upon consideration of the motion for leave for amicus curiae Ohio Association of Criminal Defense Lawyers to participate in oral argument scheduled for October 20, 2009, in support of the appellant,

It is ordered by the court that the motion is granted and amicus curiae shall share the time allotted to the appellant.